# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ANDRE L SPURLOCK              §
         TAMEEKA D SPURLOCK            §   Case No.: 09-32776
                                       §
                                       §
                                       §
         Debtor(s)                     §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/02/2009.

2) This case was confirmed on 03/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/17/2010, 03/31/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/18/2011.

6) Number of months from filing to the last payment: 19

7) Number of months case was pending: 22

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    37,860.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 25,796.11 |
| Less amount refunded to debtor | $ 1,938.49 |
| **NET RECEIPTS** | $ 23,857.62 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,522.33 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,022.33 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 11,178.00 | 11,178.88 | 11,178.88 | .00 | .00 |
| COLLECTION PROFESSIO | UNSECURED | 63.00 | 63.65 | 63.65 | .00 | .00 |
| CITIFINANCIAL AUTO C | SECURED | 17,250.00 | 24,387.34 | 22,416.00 | 7,968.45 | 593.59 |
| CITIFINANCIAL AUTO C | UNSECURED | 5,166.00 | .00 | 1,971.34 | .00 | .00 |
| REGIONAL ACCEPTANCE | SECURED | 16,525.00 | 23,636.40 | 23,248.00 | 7,941.00 | 621.05 |
| REGIONAL ACCEPTANCE | UNSECURED | 6,723.00 | .00 | 388.40 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 111,833.33 | 131,299.36 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 20,560.67 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 8,818.37 | 9,413.37 | 1,674.70 | .00 |
| ALABAMA CHILD SUPPOR | PRIORITY | .00 | NA | NA | .00 | .00 |
| LAQUISHA MITCHELL | PRIORITY | .00 | NA | NA | .00 | .00 |
| LAQUISHA MITCHELL | PRIORITY | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,117.00 | 7,239.99 | 7,239.99 | .00 | .00 |
| AFNI INC | UNSECURED | 399.18 | NA | NA | .00 | .00 |
| ALLSTATE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,974.14 | 1,974.14 | 1,974.14 | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | 8,874.00 | 3,522.16 | 3,522.16 | .00 | .00 |
| FIRST PREMIER | UNSECURED | 646.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 532.00 | 694.00 | 694.00 | .00 | .00 |
| BALL EGGLESTON | UNSECURED | 1.00 | 213.33 | 213.33 | .00 | .00 |
| CHASE CARDMEMBER SER | UNSECURED | 6.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 364.00 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | 192.89 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 796.00 | 856.42 | 856.42 | .00 | .00 |
| CITI CARDS | UNSECURED | 1,544.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 930.00 | 998.00 | 998.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,409.23 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | UNSECURED | 29.40 | NA | NA | .00 | .00 |
| CREDIT FIRST | UNSECURED | 1,210.00 | 1,267.07 | 1,267.07 | .00 | .00 |
| DELTA MANAGEMENT ASS | UNSECURED | 192.89 | NA | NA | .00 | .00 |
| EMPIRE HEALTH CHOICE | UNSECURED | 857.99 | NA | NA | .00 | .00 |
| EMPIRE OF COOK COUNT | UNSECURED | 14.50 | NA | NA | .00 | .00 |
| EMPIRE OF COOK COUNT | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 420.00 | 420.89 | 420.89 | .00 | .00 |
| GE MONEY BANK/JCPENN | UNSECURED | 162.00 | 195.80 | 195.80 | .00 | .00 |
| GE MONEY BANK/WALMAR | UNSECURED | 121.00 | 148.58 | 148.58 | .00 | .00 |
| CARE GROUP | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 1,998.00 | NA | NA | .00 | .00 |
| ATLANTIC CREDIT & FI | UNSECURED | 409.00 | 531.67 | 531.67 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 3,351.00 | 1,840.12 | 1,840.12 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 3,243.00 | 3,347.35 | 3,347.35 | .00 | .00 |
| ACMC PHYSICIAN SERVI | UNSECURED | 82.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 29,519.00 | 29,798.25 | 29,798.25 | .00 | .00 |
| ALIPNE CLINIC | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| KOHLS | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 385.00 | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | UNSECURED | 11.70 | 200.00 | 200.00 | .00 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 910.00 | 969.93 | 969.93 | .00 | .00 |
| MALLINCKRODT INC | UNSECURED | 12,428.79 | 13,189.90 | 13,189.90 | .00 | .00 |
| HSBC | UNSECURED | 9,963.00 | NA | NA | .00 | .00 |
| HOME HOSPITAL | UNSECURED | 2,229.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 255.57 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,409.23 | 1,512.11 | 1,512.11 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 505.00 | 465.01 | 465.01 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 283.00 | 282.66 | 282.66 | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 34.60 | NA | NA | .00 | .00 |
| REWARD ZONE PROGRAM | UNSECURED | 599.95 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 308.00 | 340.93 | 340.93 | .00 | .00 |
| SEARS/CBSD | UNSECURED | 2,148.00 | NA | NA | .00 | .00 |
| SEARS/CBSD | UNSECURED | 1,956.00 | NA | NA | .00 | .00 |
| GUARANTY BK | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 88.13 | NA | NA | .00 | .00 |
| TRUSTMARK RECOVERY S | UNSECURED | 399.66 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4,821.00 | 13,627.88 | 13,627.88 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4,821.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3,935.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNIVERSITY OF IL MED | UNSECURED | 1,351.59 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 25.60 | NA | NA | .00 | .00 |
| WELGROUP | UNSECURED | 24.28 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| BALL EGGLESTON | UNSECURED | NA | 448.07 | 448.07 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 730.58 | 730.58 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 3,436.85 | 3,436.85 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 1,506.26 | 1,506.26 | .00 | .00 |
| HSBC BANK NEVADA | SECURED | NA | 1,783.00 | .00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 36.50 | 36.50 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 9,413.37 | 1,674.70 | .00 |
| Debt Secured by Vehicle | 45,664.00 | 15,909.45 | 1,214.64 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 55,077.37 | 17,584.15 | 1,214.64 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 7,276.49 | 36.50 | .00 |
| **TOTAL PRIORITY:** | 7,276.49 | 36.50 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 96,120.23 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,022.33 |
| Disbursements to Creditors | $ | 18,835.29 |
| **TOTAL DISBURSEMENTS:** | $ | 23,857.62 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   06/23/2011              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**